**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tamara L Barnicoat, | No. CV-20-02260-PHX-ROS (DMF) |
| Plaintiff, | **ORDER** |
| v. | |
| County of Gila, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation (Doc. 30), and good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 30) is **GRANTED**. All claims are dismissed against the following defendants: Tommie Martin, John Doe Martin, Jane Doe Humphrey, Jane Doe Burdess, Jane Doe Burch, Jane Doe McDaniel, John Doe Griffin, John Doe Kriley, John Doe Supervisors I-X, Jane Doe Supervisors I-X, John Doe and Jane Doe Deputies I-X, John Does I-X, Jane Does I-X, Black Corporations, and White Partnerships I-X.

**IT IS FURTHER ORDERED** the Motion to Dismiss (Doc. 27) is **DENIED AS MOOT**.

Dated this 19th day of February, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge